```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

CATHERINE M. CUNNINGHAM,        )
                                )
               Plaintiff,       )         7:07CV3213
                                )
        v.                      )
                                )
ATS RELIANCE, INC., and         )         ORDER
GENERAL ELECTRIC COMPANY,       )
                                )
               Defendants.      )
                                )
```

IT IS ORDERED:

The stipulation filed by the plaintiff and defendant ATS Reliance, filing 22, is granted and the complaint as to defendant ATS Reliance, Inc., is dismissed with prejudice, complete record waived, each party to pay their own costs and fees.

DATED this 20th day of December, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge